# Court of Appeals, State of Michigan

## ORDER

People of MI v Daniel Dante Burch

Docket No.    322814

LC No.    13-006304-FC

Amy Ronayne Krause
Presiding Judge

Jane E. Markey

Michael J. Kelly
Judges

The Court orders that the motion for reconsideration is GRANTED, and this Court's opinion issued February 11, 2016, is hereby VACATED. A new opinion is attached to this order.

A true copy entered and certified by Jerome W. Zimmer Jr., Chief Clerk, on

**MAY 03 2016**

Date

Chief Clerk